**Electronically Filed
Supreme Court
SCWC-18-0000505
25-MAR-2021
11:05 AM
Dkt. 22 ODMR**

SCWC-18-0000505

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs

BENITO MARROQUIN, III aka BENNY MARROQUIN,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000505; CR. NO. 3PC16100117K

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
and Wilson J., dissenting)[1]

Upon consideration of Petitioner's motion for reconsideration filed on March 19, 2021 and the record herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, March 25, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



---

[1] Associate Justice Richard W. Pollack, who was a member of the court when the oral argument was held, retired from the bench on June 30, 2020.